FILED

2026 May-04  AM 11:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **DRAPER FRANK WOODYARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-01242-RDP-HNJ** |
| | ) | |
| **BILLY WEATHINGTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a Report and Recommendation on March 31, 2026, recommending the dismissal of this action without prejudice under 28 U.S.C. § 1915A(b) as frivolous and for seeking monetary relief from a defendant who is immune from such relief. (Doc. # 16). The Magistrate Judge further recommended the court deny as moot Plaintiff Draper Frank Woodyard's Motion to Submit Exhibits for Judgment or Permission to Proceed (Doc. # 14). (Doc. # 16). Plaintiff filed a Motion to Reconsider and objections to the Report and Recommendation. (Docs. # 17, 18).

In his pending motion and objections, Plaintiff does not dispute that he seeks monetary damages from Defendant St. Clair County Circuit Court Judge Billy Weathington. (*See* # Docs. 17, 18). Nor does Plaintiff dispute that he bases his claims on actions Defendant took in his judicial capacity and in adjudicated matters. (*Id.*). Furthermore, Plaintiff admits Defendant maintained jurisdictional authority over Plaintiff's filings in state court from which his claims arise. (*See* Docs. # 17 at 1-2, 18 at 2-3). Thus, as the Magistrate Judge correctly explained, Plaintiff seeks monetary damages from a defendant immune from such relief. (*See* Doc. # 16 at 5-7). Plaintiff's claims warrant dismissal on that basis. *See* 28 U.S.C. § 1915A(b)(2). Furthermore, because

Plaintiff sued a defendant immune from suit, this action also warrants dismissal as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 327 (1989) (stating a claim seeking relief from defendants who are immune from suit stands frivolous as a matter of law).

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation, and Plaintiff's objections, the court **ADOPTS** the Report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice as frivolous and for seeking monetary relief from a defendant who is immune from suit. A final judgment will be entered.

The court **DENIES** Plaintiff's Motion for Reconsideration (Doc. # 17) and **DENIES** as **MOOT** Plaintiff's Motion to Submit Exhibits for Judgment or Permission to Proceed (Doc. # 14).

**DONE** and **ORDERED** this May 4, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE